THE PEOPLE *v.* PRATT.

People ex. rel. William H. Chapman v. Horatio Pratt.

*Quo warranto: Practice in signing stipulations.* The Attorney General having control of the proceedings in *quo warranto*, he alone is authorized to sign stipulations of fact on the part of the people.

*Heard and decided July 10th.*

Quo warranto.

This was an information in the nature of a *quo warranto*, to try the right to a public office. The case was sought to be heard upon a stipulation of facts, signed by the relator and defendant. It was held that as the Attorney General has control of the proceedings in such cases, that he alone is authorized to sign admissions of fact on the part of the people.

The case was continued as not in readiness for hearing.